IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

STACY LENIER SCOTT (#53477-019),
    Plaintiff,

vs.                                    Case No.:  5:05cv7/LAC/EMT

RAY HOLT, et al.,
    Defendants.

---

### O R D E R

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated June 21, 2005.  Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a _de novo_ determination of objections filed.

    Having considered the report and recommendation, and the objections thereto, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.  This action is **DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

    3.  The clerk is directed to close the file.

    **DONE AND ORDERED** this 14th  day of July, 2005.

                                                        _s/L.A. Collier_
                                                         **LACEY A. COLLIER**
                                                         **SENIOR UNITED STATES DISTRICT JUDGE**